UNITED STATES of America,
Plaintiff–Appellee,

v.

Benedicto ARANA–ASCENCIO, also known as Juan Aranda–Silva, Defendant–Appellant.

No. 07–40154
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

James Lee Turner, Assistant U.S. Attorney, US Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Benedicto Arana–Ascencio preserves for further review his contention that his sentence is unreasonable because this court's post-*Booker**** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker*. Arana–Ascencio concedes that his argument is foreclosed by *United States v. Mares*, 402 F.3d 511 (5th Cir. 2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

** *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).